**Joseph G. ROBERTS, Petitioner–
Appellant,**

v.

**William L. JACOBS, Respondent–
Appellee.**

No. 02–6770.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Joseph G. Roberts, Appellant Pro Se.

Before MICHAEL and KING, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

Joseph G. Roberts seeks to appeal the
district court's orders denying relief on his
petition filed under 28 U.S.C.A. § 2254
(West 1994 & Supp.2001) and motion for
reconsideration. We have reviewed the
record and the district court's opinion and
orders and find no reversible error. Ac-
cordingly, we deny a certificate of appeala-
bility and dismiss the appeal on the rea-
soning of the district court. *Roberts v.
Jacobs*, No. CA–02–1071 (D. Md. filed Apr.
19, 2002 & entered Apr. 22, 2002; Apr. 29,
2002). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*